UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 7: 14-019-DCR |
| V. | ) ) | |
| JAMES CORBIN JOHNSON, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On December 23, 2014, Defendant James Corbin Johnson entered a guilty plea to a count of possessing oxycodone with the intent to distribute it (Count 3) and being a felon in possession of a firearm (Count 4). [Record No. 17] Johnson was sentenced to a term of imprisonment of 64 months on April 7, 2015. [Record No. 34] The Presentence Investigation Report ("PSR") prepared in advance of the defendant's sentencing hearing clearly demonstrates that the 2014 United States Sentencing Guideline Manual was used to calculate Johnson's non-binding guideline range. As set forth in paragraph 19, "[t]he 2014 Guidelines Manual, incorporating all guideline amendments, was used to determine the defendant's offense level." [Record No. 39; PSR, ¶ 19] However, as a result of the counts of conviction being grouped, the Base Offense Level for the firearms count – as opposed to the base offense level for the drug count – was used to calculate the defendant's Total Offense Level. [Id.; ¶¶ 20, 21]

On this date, Defendant Johnson filed a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). [Record No. 42] Through this motion, Johnson asks the Court to reduce his guideline range by two levels based on the assertion that the United States Sentencing Commission has lowered the guideline ranges for drug offenses. Johnson's motion fails for two reasons. First, as outlined above, the defendant was sentenced *after* the effective date of the amendments to the United States Guidelines. Thus, he has received the benefit of the lower guideline ranges applicable to certain drug convictions. Second, under the applicable United States Sentencing Guidelines, the defendant's guideline range was determined based upon his *higher* Base Offense Level for his *firearm conviction*. Accordingly, it is hereby

**ORDERED** that Defendant James Corbin Johnson's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

This 29th day of July, 2015.

Signed By:
*Danny C. Reeves* DCR
United States District Judge